UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MICHAEL W. BRISENO, | ) | No. C 04–1458 PJH |
| Petitioner, | ) ) | [~~PROPOSED~~] **ORDER RE:** |
| vs. | ) ) | **EXTENSION OF TIME TO FILE AND SERVE OPPOSITION TO** |
| JEANNE S. WOODFORD, Director, California Department of Corrections, | ) ) ) | **MOTION TO DISMISS** |
| Respondent. | ) ) | |

Pursuant to the Stipulation by and between the parties IT IS HEREBY ORDERED that petitioner Briseno shall file and serve his opposition and any supporting exhibits to the current motion to dismiss on or before July 11, 2005 and the state may file and serve a reply within seven days of petitioner's opposition

IT IS SO ORDERED.

Dated: \_\_\_June 15\_\_\_, 2005          _____
                                                                    Hon. PHYLLIS J. HAMILTON
                                                                    Judge of the United States District Court