UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL W. BRISENO, ) | No. C 04–1458 PJH |
| ) | |
| Petitioner, ) | [~~PROPOSED~~] ORDER RE: |
| ) | EXTENSION OF TIME TO FILE |
| vs. ) | AND SERVE TRAVERSE TO |
| ) | ANSWER TO PETITION FOR |
| JEANNE S. WOODFORD, Director, California ) | WRIT OF HABEAS CORPUS |
| Department of Corrections, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Stipulation by and between the parties IT IS HEREBY ORDERED that petitioner Briseno may file and serve his Traverse to the State's Answer to petitioner's Petition for Writ of Habeas Corpus on or before January 6, 2006.

IT IS SO ORDERED.

Dated: _November 1_, 2005        _____
                                  Hon. PHYLLIS J. HAMILTON
                                  Judge of the United States District Court

NO FURTHER CONTINUANCES!