UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL W. BRISENO,

    Petitioner,

    v.

JEANNE S. WOODFORD, Director,
California Dept. of Corrections,

    Respondent.
_____/

No. C 04-1458 PJH

**JUDGMENT**

Pursuant to the order dismissing Briseno's federal habeas petition under 28 U.S.C. § 2254 signed today, this action is DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 17, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge