UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL W. BRISENO,

    Petitioner,

    v.

JEANNE S. WOODFORD, Director,
California Dept. of Corrections,

    Respondent.

_____/

No. C 04-1458 PJH

**ORDER DENYING MOTION FOR LEAVE TO FILE ADDITIONAL BRIEFS**

    The court is in receipt of respondent's motion for leave to file an additional response to petitioner's reply brief. The motion is DENIED. The court intends to address any additional issues raised in petitioner's reply with the parties on the record at the hearing on Wednesday, August 22, 2012. Petitioner's motion is now fully briefed, and no further briefing will be permitted.

    **IT IS SO ORDERED.**

Dated: August 16, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge