**FILED**

OCT - 1 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. BRISENO<br><br>Petitioner,<br><br>vs<br><br>JEANNE WOODFORD,<br><br>Respondent. | CV-04-01458-PJH<br><br>ORDER RE: CJA APPOINTMENT<br>OF AND AUTHORITY TO PAY<br>COURT APPOINTED COUNSEL |

The individual named above as petitioner, having testified under oath or having otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the petitioner is indigent, therefore;

IT IS ORDERED that the attorney whose name, address and telephone number are listed below is appointed to represent the petitioner.

Mark D. Eibert
P.O. Box 1126
Half Moon Bay, CA 94019
(650) 712-8380

Appointing Judge: Judge Hamilton

10/1/14 — Date of Order

9/12/2014 — Nunc Pro Tunc Date